IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE K. GREEN,<br>　　　　Petitioner,<br><br>　　v.<br><br>LOUIS S. FOLINO,<br>　　　　Respondent. | CIVIL ACTION NO. 03-674 |

**ORDER**

**AND NOW**, this 2nd day of November, 2010, upon careful consideration of Andre K. Green's second amended petition for a writ of habeas corpus under 28 U.S.C. § 2254 (docket no. 64) and respondent's response, **IT IS HEREBY ORDERED** that

　　1. the petition for writ of habeas corpus is **DENIED**;

　　2. petitioner having failed to make a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability; and

　　3. the Clerk shall **CLOSE** this case for statistical purposes.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ William H. Yohn Jr., Judge
　　　　　　　　　　　　　　　　　　　　　　　　William H. Yohn Jr., Judge